# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-CR-522 |
| Carrie Cliggett ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/27/2025

_Carrie Cliggett_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Kenneth M. Abell
*Printed name of defendant's attorney*

/s/Steven Tiscione
*Judge's signature*

Steven Tiscione, U.S.M.J.
*Judge's printed name and title*