CRIMINAL CAUSE FOR SENTENCE
**BEFORE JUDGE**: BROWN, USDJ   DATE: 6/26/2025   (45 min)
**DOCKET No.** CR-24-522(GRB)

**DEFENDANT:** Carrie Cliggett   **DEF. #**
Present on bond

FILED
CLERK
6/26/2025 3:56 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENSE COUNSEL:** Kenneth Abell
Retained

**A.U.S.A.**:   McTague, Kaitlin
INTERPRETER:   [Choose an item.] -- [Choose an item.]
PROBATION OFFICER:   NicolenGervase
COURT REPORTER/FTR LOG: Paul Lombardi   DEPUTY: KM

☐   The Rule 11 proceedings were referred to Magistrate Judge __.  The Court reviewed the transcript prior to sentence and adopts the Report and Recommendation on the record.

**SENTENCE HEARING HELD ON COUNT(S):   Count 1**

☒   Victims and/or witnesses not present
         Testimony heard from:
☐   Changes to Guidelines as follows:
☒   Hearing not requested.
☒   Statements heard from defendant, defense counsel and government

**IMPRISONMENT:**
☒   The defendant is sentenced to:  12 months
☒   To be followed by   **1 year**   Of supervised release.
☒   Special conditions of supervised release are as follows:   Financial Disclosure, Restitution compliance, drug/alcohol/mental health treatment, Employment condition
☐   The defendant is remanded to the custody of the US Marshal.
☒   The defendant shall surrender 10/6/2025
☒   The court makes the following recommendation to the Bureau of Prisons:  designation to Alderson, WV and participate in the appropriate mental health treatment programs and AA programs.

**PROBATION:**
☐   The defendant is sentenced to:
☐   Special conditions of probation:

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**
☐   The defendant is ordered to pay a fine in the sum of:   $
☐   The fine is payable:

| | |
|---|---|
| ☒ | The fine is waived based on the defendant's inability to pay. |
| ☒ | Restitution is ordered: $500,000.00 |
| ☐ | Forfeiture imposed pursuant to: |
| ☒ | Special assessment in imposed in the sum of:    $  100.00 |
| ☐ | The Govt. moves to dismiss the open counts.  _ Motion Granted.  _ Motion denied. |
| ☒ | The defendant is advised of his right to appeal. |
| ☐ | Other: |